## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES-BENZ CREDIT CORPORATION | : <br> : <br> : CIVIL ACTION NO: <br> : 303-CV 0684 (SRU) |
| Plaintiff <br> Vs. | : <br> : <br> : |
| ROBERT D. HAYWARD, REBECCA A. HAYWARD, and DANROB, LLC | : DECEMBER 4, 2003 <br> : |
| Defendants | : |

### STIPULATION TO DISMISSAL

The parties to the above entitled action, pursuant to Rule 41(a)(1)(ii), hereby represent that the above entitled matter has been resolved to the satisfaction of all parties and hereby stipulate that this action may be dismissed with prejudice.

| THE PLAINTIFF, <br> DAIMLER CHRYSLER SERVICES NORTH AMERICA LLC f/k/a MERCEDES-BENZ CREDIT CORPORATION, | THE DEFENDANTS, <br> ROBERT D. HAYWARD, REBECCA A. HAYWARD and DANROB, LLC, |
|---|---|
| By _____ <br> James F. DeDonato, Esq. <br> Fed. Bar No. ct 23776 <br> McCarter & English, LLP <br> CityPlace I <br> Hartford, CT 06103 <br> Tel. (860) 275-6700 | By _____ <br> John C. Wirzbicki, Esq. <br> Fed. Bar No. ct05679 <br> Brown Jacobson, P.C. <br> 22 Courthouse Sq., P.O. Box 391 <br> Norwich, CT 06360 <br> Tel: (860) 889-3321 |

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulation to Dismissal was sent, via first class mail, this 15th day of December, 2003, to:

John C. Wirzbicki, Esq.
Brown Jacobson, P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

James F. DeDonato (ct23776)