disk

10

APPROVED. The case is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
12/18/03

FILED

2003 DEC 16 A 10: 21

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC f/k/a MERCEDES-BENZ CREDIT CORPORATION | : <br> : <br> : CIVIL ACTION NO: <br> : 303-CV 0684 (SRU) |
| Plaintiff | : |
| Vs. | : |
| ROBERT D. HAYWARD, REBECCA A. HAYWARD, and DANROB, LLC | : DECEMBER 4, 2003 <br> : |
| Defendants | : |

### STIPULATION TO DISMISSAL

The parties to the above entitled action, pursuant to Rule 41(a)(1)(ii), hereby represent that the above entitled matter has been resolved to the satisfaction of all parties and hereby stipulate that this action may be dismissed with prejudice.

THE PLAINTIFF,
DAIMLER CHRYSLER SERVICES
NORTH AMERICA LLC f/k/a
MERCEDES-BENZ CREDIT
CORPORATION,

By_____
James F. DeDonato, Esq.
Fed. Bar No. ct 23776
McCarter & English, LLP
CityPlace I
Hartford, CT 06103
Tel. (860) 275-6700

THE DEFENDANTS,
ROBERT D. HAYWARD, REBECCA A.
HAYWARD and DANROB, LLC,

By_____
John C. Wirzbicki, Esq.
Fed. Bar No. ct05679
Brown Jacobson, P.C.
22 Courthouse Sq., P.O. Box 391
Norwich, CT 06360
Tel: (860) 889-3321